**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEPHEN J. SHERIDAN

v. CA 07-108M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Plaintiff, Stephen J. Sheridan, and against the Defendant, Michael J. Astrue, pursuant to this Court's Memorandum & Order issued on September 11, 2008. The Plaintiff's Motion for to Reverse or Remand the Decision of the Commissioner is **GRANTED.** The Defendant's Motion for an Order Affirming the Decision of the Commissioner is **DENIED.**

BY:

/s/ Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**September 11, 2008**